# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V | ) No. 22-30046 |
| RONALD VANDENBURGH, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Scott A. Sabin, of the law firm of FRAZIER & SABIN, L.L.P., attorney for Defendant, RONALD VANDENBURGH, and for his Motion to Withdraw as attorney of record for Defendant, states to the Court as follows:

1. That the undersigned attorney was appointed to represent Defendant, Ronald Vandenburgh, under the Criminal Justice Act on October 23, 2023.

2. That there has been a breakdown in the attorney-client relationship between the undersigned counsel and Defendant, RONALD VANDENBURGH, such that it prevents the undersigned counsel from providing effective representation to RONALD VANDENBURGH.

3. That irreconcilable differences have arisen between the parties concerning the representation of Defendant in the above-captioned cause.

4. That due to the breakdown in communication by Defendant with the undersigned counsel, the undersigned counsel is requesting that he be allowed to withdraw because he cannot efficiently represent the Defendant.

      5.      That the last known address of Defendant, RONALD VANDENBURGH, is 8405 S. Indiana, Crown Point, Indiana 46307.

      6      That the Defendant hereby is advised that to ensure notice of any actions in this cause, Defendant should retain other counsel herein or file his supplementary appearance with the Clerk of this Court, within twenty-one (21) days after the entry of any Order of Withdrawal, stating therein an address at which service of notices or papers may be had upon Defendant.

      WHEREFORE, the undersigned attorney, SCOTT A. SABIN, of FRAZIER & SABIN, LLP, prays that this Court grant him leave to withdraw as attorney of record for Defendant, RONALD VANDENBURGH, herein and to grant such other relief as this Court deems appropriate.

      Respectfully submitted,

      RONALD VANDENBURGH, Defendant

      By: /s/ Scott A. Sabin_____
           One of His Attorneys

Scott A. Sabin (6209921)
sabin@springfieldlawfirm.com
Attorney for Defendant, Ronald Vandenburgh
FRAZIER & SABIN, L.L.P.
Attorneys at Law
1 West Old State Capitol Plaza, Ste 800
Springfield, IL 62701
(217) 753-4242

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system to the individual below and which will also send notification of such filing to the following counsels of record.

Matthew Z Weir       matthew.weir@usdoj.gov,CaseView.ECF@usdoj.gov, kelsey.wang@usdoj.gov

I hereby certified that I have mailed by United States Postal Service the documents to the following non-CM/ECF participant:

Ronald Vandenburgh
840 S. Indiana
Crown Point, IN  46307

And
Via email:  **rndvdb@proton.me**


/s/ Scott A. Sabin

Scott A. Sabin (6209921)
sabin@springfieldlawfirm.com
FRAZIER & SABIN, L.L.P.
1 West Old State Capitol Plaza, Ste 800
Springfield, IL 62701
(217) 753-4242